**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **JOSHUA CACHO,** a Texas resident, | § | |
| **Plaintiff,** | § | |
| **v.** | § | |
| **NATIONAL DEBT RELIEF LLC, ET AL,** | § | **3 :26-CV-00310-KC** |
| **Defendants.** | § | |

**PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE OF DEFENDANTS NATIONAL DEBT RELIEF LLC, LAW OFFICES OF ROBERT S. GITMEID & ASSOCIATES, PLLC, AND ROBERT STANLEY GITMEID**

**TO THE HON. JUDGE KATHLEEN CARDONE:**

COMES NOW Plaintiff Joshua Cacho, in his individual capacity, and moves to dismiss Defendants National Debt Relief LLC, Law Offices of Robert S. Gitmeid & Associates, PLLC, and Robert Stanley Gitmeid with prejudice pursuant to Rule 41(a)(1)(A)(i).

1. All claims asserted by Plaintiff shall be dismissed with prejudice to refiling.
2. The parties agree that each party shall bear its own attorney fees and costs.

WHEREFORE, PERMISES CONSIDERED, Plaintiff prays that the Court dismiss Defendants National Debt Relief LLC, Law Offices of Robert S. Gitmeid & Associates, PLLC, and Robert Stanley Gitmeid, with prejudice.

Dated April 16, 2025,

Respectfully submitted,

Joshua Cacho
Plaintiff Pro-se

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 16, 2026, I caused a true copy of the foregoing, Plaintiff’s Notice of Dismissal With Prejudice to be served Defendants via the CM/ECF.

Dated April 16, 2026

Joshua Cacho
Plaintiff, Pro Se