**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **JOSHUA CACHO,** a Texas resident, | § | |
| **Plaintiff,** | § | |
| **v.** | § | |
| **NATIONAL DEBT RELIEF LLC, ET AL** | § | **3:26-CV-00310-KC** |
| **Defendants.** | § | |

## [PROPOSED] ORDER

Upon consideration of Plaintiff's Notice of Dismissal with Prejudice, it is this, ________ Day of __________, 2026,

**ORDERED** that Plaintiff's Notice of Dismissal with Prejudice is hereby **GRANTED**;

**SO ORDERED**

_______________________________________

HONORABLE JUDGE KATHLEEN CARDONE